IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH RODRIGUEZ, et al.,** | : | CIVIL NO. 1:14-CV-1121 |
| Petitioners, | : | |
| | : | (Judge Kane) |
| v. | : | |
| | : | |
| **WARDEN J.E. THOMAS, <u>et al.</u>,** | : | |
| Respondents | : | |

## ORDER

**NOW, THEREFORE, THIS 14th DAY OF JANUARY 2015,** upon consideration of the petition for writ of habeas corpus (Doc. No. 1) and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1) The motions for leave to proceed *in forma pauperis* (Doc. Nos. 6, 7) are **GRANTED** for the sole purpose of filing this action.

2) The motion for consolidation (Doc. No. 2 at 1–2) is **GRANTED** for the sole purpose of filing this action.

3) The petition for writ of habeas corpus (Doc. No. 1) is **DISMISSED** for lack of jurisdiction.

4) The Clerk of Court is directed to **CLOSE** this case.

 S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania