# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH RODRIGUEZ, et al., | : | CIVIL NO. 1:14-CV-1121 |
| Petitioners, | : | |
| | : | (Judge Kane) |
| v. | : | |
| | : | |
| WARDEN J.E. THOMAS, et al., | : | |
| Respondents | : | |

## ORDER

**NOW, THEREFORE, THIS 30th DAY OF SEPTEMBER, 2015,** upon consideration of the Motion to Alter or Amend Judgment (Doc. No. 10) and Motion to Supplement the Record (Doc. No. 11), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1) The Motion to Supplement the Record (Doc. No. 11) is **GRANTED**; and

2) The Motion to Alter or Amend Judgment (Doc. No. 10) is **DENIED**. This court's previous order dated January 14, 2015 (Doc. No. 9) will remain unchanged.


S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania